**Electronically Filed
Supreme Court
SCPW-16-0000066
16-MAR-2016
02:09 PM**

SCPW-16-0000066

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BRETT P. RYAN, Petitioner,

vs.

DISCIPLINARY BOARD OF THE HAWAI'I SUPREME COURT and OFFICE OF
DISCIPLINARY COUNSEL, Respondents.

---

ORIGINAL PROCEEDING
(ODC NO. 11-084-9008)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Upon consideration of Petitioner Brett P. Ryan's
February 4, 2016 petition for a writ of mandamus and prohibition
and the record,

        IT IS HEREBY ORDERED that the petition for a writ of
mandamus and prohibition is denied.

        DATED: Honolulu, Hawai'i, March 16, 2016.

                        /s/ Mark E. Recktenwald

                        /s/ Paula A. Nakayama

                        /s/ Sabrina S. McKenna

                        /s/ Richard W. Pollack

                        /s/ Michael D. Wilson

